Composite Exhibit 1

Case 0:17-cv-61268-WPD   Document 2-1   Entered on FLSD Docket 06/28/2017   Page 2 of 61

**RENEWED**

SEP 5 1943

**RENEWED**

# UNITED STATES PATENT OFFICE.

---

TIFFANY & COMPANY, OF NEW YORK, N. Y.

## TRADE-MARK FOR JEWELRY AND WATCHES.

---

**STATEMENT and DECLARATION of Trade-Mark No. 23,573, registered September 5, 1893.**

Application filed July 29, 1893.

---

### STATEMENT.

*To all whom it may concern:*

Be it known that the TIFFANY & COMPANY, a corporation organized under the laws of the State of New York, and located at New York, in the county of New York and State of New York, and doing business at Union Square, in said city, has adopted for its use a Trade-Mark for Jewelry and Watches, of which the following is a full, clear, and exact specification.

The trade mark of said corporation consists of the words "Tiffany & Co." These have generally been arranged as shown in the accompanying fac simile, in which they appear in plain capital letters, arranged in a curved line; but the character of the type and arrangement of the words are unimportant, as the words may be arranged in fancy or ornamental characters without materially altering the character of the trade mark, the essential feature of which is the words "TIFFANY & CO."

This trade mark has been used continuously in business by said corporation for about twenty-five years last past, or since the incorporation of said company in 1868.

The class of merchandise to which this trade mark is appropriated is gold, silver, and other ornamental ware, and the particular description of goods comprised in such class is jewelry and watches.

It has been the practice to engrave or stamp the trade mark on the goods, or to have it cut, engraved, or stamped on a tablet attached to the packing box, or to have it printed, stenciled, or otherwise applied to the packages in which the goods are sold, stored, or packed for shipment.

TIFFANY & CO.,
By C. L. TIFFANY,
*Presdt.*

Witnesses:
ANDREW J. BARRET,
W. E. DAMON.

---

### DECLARATION.

State of New York county of New York, ss.

C. L. TIFFANY being duly sworn deposes and says that he is the president of the corporation the applicant named in the foregoing statement; that he does verily believe that the foregoing statement is true; that said applicant at this time has a right to the use of the trade-mark therein described; that no other person, firm, or corporation has the right to such use, either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that it is used by said corporation in commerce between the United States and foreign nations and particularly with Great Britain and that the description and fac-similes presented for record truly represent the trade-mark sought to be registered.

C. L. TIFFANY.

Sworn to and subscribed before me this 27th day of July, 1893.

[L. S.]    ANDREW J. BARRET,
*Notary Public,* (199,) *N. Y. Co.*

Re-renewed September 5, 1943 to Tiffany & Company, New York, N. Y.





**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3514
www.uspto.gov

REGISTRATION NO:  0023573      SERIAL NO:  70/023573      MAILING DATE:  06/16/2004
REGISTRATION DATE:  09/05/1893
MARK:   TIFFANY & CO.
REGISTRATION OWNER:   TIFFANY (NJ) INC.

**CORRESPONDENCE ADDRESS:**

LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NEW YORK 10017

# NOTICE OF ACCEPTANCE

15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058 **ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF RENEWAL

15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059 **ACCORDINGLY, THE REGISTRATION IS RENEWED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
028.

GILLIS, BURNIE A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION I) SECTION 8: AFFIDAVIT OF CONTINUED USE** The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration. **Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**
**II) SECTION 9: APPLICATION FOR RENEWAL.** The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration. **Failure to file the Application for Renewal will result in the expiration of the registration.**

NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Mar 19 03:21:04 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# TIFFANY & CO.

| **Word Mark** | TIFFANY & CO. |
|---|---|
| **Goods and Services** | IC 014. US 028. G & S: Jewelry and Watches. FIRST USE: 18680000. FIRST USE IN COMMERCE: 18680000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 70023573 |
| **Filing Date** | July 29, 1893 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **0023573** |
| **Registration Date** | September 5, 1893 |
| **Owner** | (REGISTRANT) Tiffany & Company CORPORATION NEW YORK New York NEW YORK |
| | (LAST LISTED OWNER) TIFFANY (NJ) LLC LIMITED LIABILITY COMPANY DELAWARE 15 SYLVAN WAY PARSIPPANY NEW JERSEY 07054 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECTION 8(10-YR) 20121117. |
| **Renewal** | 6TH RENEWAL 20121117 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 8**

| | | | |
|---|---|---|---|
| Serial #: 70023573 | Filing Dt: 07/29/1893 | Reg #: 23573 | Reg. Dt: 09/05/1893 |
| Registrant: Tiffany & Company | | | |
| Mark: TIFFANY & CO. | | | |

## Assignment: 1

| | | | |
|---|---|---|---|
| Reel/Frame: 0497/0773 | Recorded: 05/13/1985 | | Pages: 21 |

Conveyance: AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK, SUBJECT TO AGREEMENT RECITED (SEE RECORD)

| | |
|---|---|
| Assignor: TIFFANY AND COMPANY | Exec Dt: 05/08/1985 |
| DBA/AKA/TA: AKA TIFFANY & COMPANY AND TIFFANY & CO. | Entity Type: UNKNOWN |
| | Citizenship: NONE |
| Assignee: ARABIAN INVESTMENT BANKING CORPORATION (INVESTCORP) SERVICES, N.V. | Entity Type: CORPORATION |
| | Citizenship: NETHERLANDS ANTILLES |
| 9WEST 57TH ST. | |
| NEW YORK, NEW YORK 10019 | |

Correspondent: CUSHMAN, DARBY, ET AL.

8TH FLOOR

1801 K ST., N.W.

WASHINGTON, DC 20006

## Assignment: 2

| | | | |
|---|---|---|---|
| Reel/Frame: 0497/0794 | Recorded: 05/13/1985 | | Pages: 21 |

Conveyance: AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK SUBJECT TO AGREEMENT RECITED, (SEE RECORD FOR DETAILS)

| | |
|---|---|
| Assignor: TIFFANY AND COMPANY | Exec Dt: 05/08/1985 |
| DBA/AKA/TA: AKA TIFFANY & COMPANY AND TIFFANY & CO. | Entity Type: UNKNOWN |
| | Citizenship: NONE |
| Assignee: GENERAL ELECTRIC CREDIT CORPORATION | Entity Type: CORPORATION |
| | Citizenship: NEW YORK |
| 2777 SUMMER ST. | |
| STAMFORD, CONNECTICUT 06905 | |

Correspondent: CUSHMAN, DARBY, ET AL.

8TH FLOOR

1801 K ST, N.W.

WASHINGTON, DC 20006

## Assignment: 3

| | | | |
|---|---|---|---|
| Reel/Frame: 0575/0301 | Recorded: 05/22/1987 | | Pages: 17 |

Conveyance: SECURITY INTEREST

| | |
|---|---|
| Assignor: GENERAL ELECTRIC CREDIT CORPORATION | Exec Dt: 05/13/1987 |
| | Entity Type: CORPORATION |
| | Citizenship: NEW YORK |

**Assignee:** TIFFANY AND COMPANY

727 FIFTH AVENUE

NEW YORK, NEW YORK 10022

**Entity Type:** CORPORATION

**Citizenship:** NEW YORK

**Correspondent:** TIFFANY & CO.

FIFTH AVENUE & 57TH STREET

NEW YORK, NY 10022

## Assignment: 4

**Reel/Frame:** 0772/0319     **Recorded:** 11/09/1990     **Pages:** 17

**Conveyance:** SECURITY INTEREST

**Assignor:** ROBERTSON - CECO CORPORATION

**Exec Dt:** 11/08/1990

**Entity Type:** CORPORATION

**Citizenship:** DELAWARE

**Assignee:** WELLS FARGO BANK, N. A.

9TH FLOOR

333 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071

**Entity Type:** A NATIONAL BANKING ASSOCIATION

**Citizenship:** NONE

**Correspondent:** SHEPPARD, MULLIN, RICHTER & HAMPTON

FORTH - EIGHTH FLOOR

333 SOUTH HOPE STREET

LOS ANGELES, CA 90071

## Assignment: 5

**Reel/Frame:** 0857/0891     **Recorded:** 03/06/1992     **Pages:** 8

**Conveyance:** MODIFICATION TO COLLATERAL ASSIGNMENT TO MODIFY AGREEMENT DATED 11-08-90 (SEE RECORD FOR DETAILS)

**Assignor:** ROBERTSON-CECO CORPORATION

**Exec Dt:** 01/31/1992

**Entity Type:** CORPORATION

**Citizenship:** DELAWARE

**Assignee:** WELLS FARGO BANK N.A.

**Entity Type:** A NATIONAL BANKING ASSOCIATION, AS AGENT

**Citizenship:** NONE

**Correspondent:** GIBSON, DUNN & CRUTCHER

ONE MONTGOMERY STREET

TELESIS TOWER

SAN FRANCISCO, CALIFORNIA 94104-4505

## Assignment: 6

**Reel/Frame:** 2153/0923     **Recorded:** 10/12/1999     **Pages:** 6

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TIFFANY AND COMPANY

**Exec Dt:** 09/01/1999

**Entity Type:** CORPORATION

**Citizenship:** NEW YORK

**Assignee:** TIFFANY (NJ) INC.

727 FIFTH AVENUE

NEW YORK, NEW YORK 10022

**Entity Type:** CORPORATION

**Citizenship:** NEW JERSEY

**Correspondent:** DORSEY & WHITNEY LLP

PATRICIA RUSSELL BROWN

1001 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, DC 20004

## Assignment: 7

| | | |
|---|---|---|
| **Reel/Frame:** 3757/0871 | **Recorded:** 04/10/2008 | **Pages:** 5 |
| **Conveyance:** MERGER EFFECTIVE 02012008 | | |
| **Assignor:** TIFFANY (NJ) INC. | | **Exec Dt:** 01/29/2008 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** NEW JERSEY |
| **Assignee:** TIFFANY (NJ) LLC | | **Entity Type:** CORPORATION |
| | | **Citizenship:** DELAWARE |
| 15 SYLVAN WAY | | |
| PARSIPPANY, NEW JERSEY 07054 | | |
| **Correspondent:** LAWRENCE E. APOLZON | | |
| FROSS ZELNICK LEHRMAN & ZISSU, P.C. | | |
| 866 UNITED NATIONS PLAZA | | |
| NEW YORK, NY 10017 | | |

## Assignment: 8

| | | |
|---|---|---|
| **Reel/Frame:** 3786/0665 | **Recorded:** 06/02/2008 | **Pages:** 9 |
| **Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ENTITY TYPE OF THE ASSIGNEE ERRONEOUSLY IDENTIFIED AS A "DELAWARE CORPORATION" INSTEAD OF "DELAWARE LIMITED LIABILITY COMPANY" PREVIOUSLY RECORDED ON REEL 003757 FRAME 0871. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER OF TIFFANY (NJ) INC., A NEW JERSEY CORPORATION, WITH AND INTO TIFFANY (NJ) LLC, A DELAWARE LIMITED LIABILITY COMPANY. | | |
| **Assignor:** TIFFANY (NJ) INC. | | **Exec Dt:** 01/29/2008 |
| | | **Entity Type:** CORPORATION |
| | | **Citizenship:** NEW JERSEY |
| **Assignee:** TIFFANY (NJ) LLC | | **Entity Type:** LIMITED LIABILITY COMPANY |
| | | **Citizenship:** DELAWARE |
| 15 SYLVAN WAY | | |
| PARSIPPANY, NEW JERSEY 07054 | | |
| **Correspondent:** LAWRENCE E. APOLZON | | |
| FROSS ZELNICK LEHRMAN & ZISSU, P.C. | | |
| 866 UNITED NATIONS PLAZA | | |
| NEW YORK, NY 10017 | | |

Search Results as of: 03/19/2015 02:47 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=70023573[3/19/2015 2:48:21 PM]

# UNITED STATES PATENT OFFICE.

TIFFANY & COMPANY, OF NEW YORK, N. Y.

**TRADE-MARK FOR JEWELRY FOR PERSONAL WEAR, NOT INCLUDING WATCHES; PRECIOUS STONES, AND FLAT AND HOLLOW WARE MADE OF OR PLATED WITH PRECIOUS METAL.**

**133,063.**                          **Registered July 6, 1920.**

Application filed January 9, 1920. Serial No. 126,975.

## STATEMENT.

*To all whom it may concern:*

Be it known that TIFFANY & COMPANY, a corporation duly organized under the laws of the State of New York, and located in the borough of Manhattan, city, county, and State of New York, and doing business at Fifth avenue and 37th street, in the city, county, and State of New York, has adopted and used the trade-mark shown in the accompanying drawing, for jewelry for personal wear, not including watches; precious stones, and flat and hollow ware made of or plated with precious metal, in Class 28, Jewelry and precious-metal ware.

The trademark has been continuously used in the business of said corporation since 1868. The trademark is applied and affixed to the goods by stamping it directly upon the goods, by applying it to packages containing the goods and otherwise.

The applicant is the present owner of the following trademarks registered for the same class of merchandise: No. 23572 granted to Tiffany & Company on September 5, 1893; No. 23573 granted to Tiffany & Company on September 5, 1893, No. 58872 granted to Tiffany & Company on December 25, 1906.

TIFFANY & COMPANY,
By I. C. MOORE,
*President.*

## TIFFANY

## DECLARATION.

State of New York, county of New York, ss:

I. C. MOORE, being duly sworn, deposes and says:

That he is the president of the corporation, the applicant named in the foregoing statement; that he believes the foregoing statement is true; that he believes said corporation is the owner of the trademark sought to be registered; that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use said trademark in the United States either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that said trademark is used by said corporation in commerce among the several States of the United States and particularly between New York and New Jersey; that the description and drawing presented truly represent the trademark sought to be registered, and that the fac-similes show the trademark as actually used upon the goods, and that the mark has been in actual use as a trademark of the applicant for ten years next preceding February 20, 1905, and that to the best of his knowledge and belief, such use has been exclusive.

I. C. MOORE.

Subscribed and sworn to before me a notary public this 6th day of January, 1920.

[L. S.]                 CHAS. J. AHERN,
*Notary Public.*

Correction in Certificate of Registration of Trade-Mark No. 133,063.

It is hereby certified that the name of the officer of the corporation signing the statement and declaration of Certificate of Registration No. 133,063, registered July 6, 1920, upon the application of Tiffany & Company, of New York, N. Y., for a "Trade-Mark for Jewelry for Personal Wear, Not Including Watches, Precious Stones, and Flat and Hollow Ware Made of or Plated with Precious Metal," was erroneously given as I. C. Moore, whereas said name should have been given as *J. C. Moore;* and that the said Certificate should be read with this correction therein that the same may conform to the record of the case in the Patent Office.

Signed and sealed this 10th day of August, A. D., 1920.

[SEAL.]                                    M. H. COULSTON,



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Mar 19 03:21:04 EDT 2015*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TIFFANY |
| **Goods and Services** | IC 008 014. US 028. G & S: Jewelry for Personal Wear, Not Including Watches; [Precious Stones,] and Flat and Hollow Ware Made of or Plated with Precious Metal. FIRST USE: 18680000. FIRST USE IN COMMERCE: 18680000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71126975 |
| **Filing Date** | January 9, 1920 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0133063** |
| **Registration Date** | July 6, 1920 |
| **Owner** | (REGISTRANT) TIFFANY & COMPANY CORPORATION NEW YORK 727 FIFTH AVENUE NEW YORK NEW YORK 10022 |
| | (LAST LISTED OWNER) TIFFANY (NJ) LLC LIMITED LIABILITY COMPANY DELAWARE 15 SYLVAN WAY PARSIPPANY NEW JERSEY 07054 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Prior Registrations** | 0023572;0023573;0058872 |
| **Type of Mark** | TRADEMARK |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECTION 8(10-YR) 20101229. |
| **Renewal** | 4TH RENEWAL 20101229 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

| | | | |
|---|---|---|---|
| **Serial #:** 71126975 | **Filing Dt:** 01/09/1920 | **Reg #:** 133063 | **Reg. Dt:** 07/06/1920 |
| **Registrant:** TIFFANY & COMPANY | | | |
| **Mark:** TIFFANY | | | |

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0497/0773 | **Recorded:** 05/13/1985 | **Pages:** 21 |

**Conveyance:** AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK, SUBJECT TO AGREEMENT RECITED (SEE RECORD)

| | |
|---|---|
| **Assignor:** TIFFANY AND COMPANY | **Exec Dt:** 05/08/1985 |
| **DBA/AKA/TA:** AKA TIFFANY & COMPANY AND TIFFANY & CO. | **Entity Type:** UNKNOWN |
| | **Citizenship:** NONE |
| **Assignee:** ARABIAN INVESTMENT BANKING CORPORATION (INVESTCORP) SERVICES, N.V. | **Entity Type:** CORPORATION |
| | **Citizenship:** NETHERLANDS ANTILLES |
| 9WEST 57TH ST. | |
| NEW YORK, NEW YORK 10019 | |

**Correspondent:** CUSHMAN, DARBY, ET AL.

8TH FLOOR

1801 K ST., N.W.

WASHINGTON, DC 20006

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0497/0794 | **Recorded:** 05/13/1985 | **Pages:** 21 |

**Conveyance:** AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK SUBJECT TO AGREEMENT RECITED, (SEE RECORD FOR DETAILS)

| | |
|---|---|
| **Assignor:** TIFFANY AND COMPANY | **Exec Dt:** 05/08/1985 |
| **DBA/AKA/TA:** AKA TIFFANY & COMPANY AND TIFFANY & CO. | **Entity Type:** UNKNOWN |
| | **Citizenship:** NONE |
| **Assignee:** GENERAL ELECTRIC CREDIT CORPORATION | **Entity Type:** CORPORATION |
| | **Citizenship:** NEW YORK |
| 2777 SUMMER ST. | |
| STAMFORD, CONNECTICUT 06905 | |

**Correspondent:** CUSHMAN, DARBY, ET AL.

8TH FLOOR

1801 K ST, N.W.

WASHINGTON, DC 20006

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 0575/0301 | **Recorded:** 05/22/1987 | **Pages:** 17 |

**Conveyance:** SECURITY INTEREST

| | |
|---|---|
| **Assignor:** GENERAL ELECTRIC CREDIT CORPORATION | **Exec Dt:** 05/13/1987 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** NEW YORK |

| | | |
|---|---|---|
| **Assignee:** | TIFFANY AND COMPANY | **Entity Type:** CORPORATION |
| | 727 FIFTH AVENUE | **Citizenship:** NEW YORK |
| | NEW YORK, NEW YORK 10022 | |
| **Correspondent:** | TIFFANY & CO. | |
| | FIFTH AVENUE & 57TH STREET | |
| | NEW YORK, NY 10022 | |

## Assignment: 4

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** | 2153/0480 | **Recorded:** 10/12/1999 | | **Pages:** 5 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** | TIFFANY AND COMPANY | | **Exec Dt:** 09/01/1999 | |
| | | | **Entity Type:** CORPORATION | |
| | | | **Citizenship:** NEW YORK | |
| **Assignee:** | TIFFANY (NJ) INC. | | **Entity Type:** CORPORATION | |
| | 727 FIFTH AVENUE | | **Citizenship:** NEW JERSEY | |
| | NEW YORK, NEW YORK 10022 | | | |
| **Correspondent:** | DORSEY & WHITNEY LLP | | | |
| | JOCELYN G. BOLLING | | | |
| | 1001 PENNSYLVANIA AVENUE, N.W. | | | |
| | WASHINGTON, DC 20004 | | | |

## Assignment: 5

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** | 2153/0923 | **Recorded:** 10/12/1999 | | **Pages:** 6 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** | TIFFANY AND COMPANY | | **Exec Dt:** 09/01/1999 | |
| | | | **Entity Type:** CORPORATION | |
| | | | **Citizenship:** NEW YORK | |
| **Assignee:** | TIFFANY (NJ) INC. | | **Entity Type:** CORPORATION | |
| | 727 FIFTH AVENUE | | **Citizenship:** NEW JERSEY | |
| | NEW YORK, NEW YORK 10022 | | | |
| **Correspondent:** | DORSEY & WHITNEY LLP | | | |
| | PATRICIA RUSSELL BROWN | | | |
| | 1001 PENNSYLVANIA AVENUE, N.W. | | | |
| | WASHINGTON, DC 20004 | | | |

## Assignment: 6

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** | 3757/0871 | **Recorded:** 04/10/2008 | | **Pages:** 5 |
| **Conveyance:** | MERGER EFFECTIVE 02012008 | | | |
| **Assignor:** | TIFFANY (NJ) INC. | | **Exec Dt:** 01/29/2008 | |
| | | | **Entity Type:** CORPORATION | |
| | | | **Citizenship:** NEW JERSEY | |
| **Assignee:** | TIFFANY (NJ) LLC | | **Entity Type:** CORPORATION | |
| | 15 SYLVAN WAY | | **Citizenship:** DELAWARE | |
| | PARSIPPANY, NEW JERSEY 07054 | | | |
| **Correspondent:** | LAWRENCE E. APOLZON | | | |
| | FROSS ZELNICK LEHRMAN & ZISSU, P.C. | | | |
| | 866 UNITED NATIONS PLAZA | | | |
| | NEW YORK, NY 10017 | | | |

## Assignment: 7

**Reel/Frame:** 3786/0665          **Recorded:** 06/02/2008                                    **Pages:** 9

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ENTITY TYPE OF THE ASSIGNEE ERRONEOUSLY IDENTIFIED AS A "DELAWARE CORPORATION" INSTEAD OF "DELAWARE LIMITED LIABILITY COMPANY" PREVIOUSLY RECORDED ON REEL 003757 FRAME 0871. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER OF TIFFANY (NJ) INC., A NEW JERSEY CORPORATION, WITH AND INTO TIFFANY (NJ) LLC, A DELAWARE LIMITED LIABILITY COMPANY.

**Assignor:** TIFFANY (NJ) INC.

    **Exec Dt:** 01/29/2008
    **Entity Type:** CORPORATION
    **Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC

    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** DELAWARE

15 SYLVAN WAY

PARSIPPANY, NEW JERSEY 07054

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/19/2015 02:56 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

Int. Cls.: 8 and 14

Prior U.S. Cls.: 2, 8, 23, 28 and 37

**United States Patent and Trademark Office**

Reg. No. 1,228,189
Registered Feb. 22, 1983

## TRADEMARK
### Principal Register

# TIFFANY & CO.

Tiffany & Company (New York corporation)
727 5th Ave.
New York, N.Y. 10022

For: BOTTLE OPENERS MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRECIOUS METALS, in CLASS 8 (U.S. Cl. 23).

First use 1908; in commerce 1908.

For: DECORATIVE ART OBJECTS MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRECIOUS METALS—NAMELY, FIGURINES, BOXES, BOWLS, TRAYS, AND FLOWERS, JEWELRY, METAL WARES MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRECIOUS METALS—NAMELY, BUSINESS CARD CASES, CANDELABRAS, CANDLESTICKS, CIGAR AND CIGARETTE BOXES, NAPKIN RINGS, AND BOOKMARKS, SEMI-PRECIOUS STONES, NATURAL AND CULTURED PEARLS, in CLASS 14 (U.S. Cls. 2, 8, 28 and 37).

First use 1968; in commerce 1968.

Owner of U.S. Reg. No. 58,872.

Ser. No. 304,929, filed Apr. 9, 1981.

DAVID E. BUCHER, Examining Attorney



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Mar 19 03:21:04 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | TIFFANY & CO. |
| **Goods and Services** | IC 008. US 023. G & S: Bottle Openers Made in Whole or in Part of Precious or Semi-Precious Metals. FIRST USE: 19080000. FIRST USE IN COMMERCE: 19080000 |
| | IC 014. US 002 027 028 050. G & S: Decorative Art Objects Made in Whole or in Part of Precious or Semi-Precious Metals-Namely, Figurines, Boxes, Bowls, Trays, [ and Flowers, ] Jewelry, Metal Wares Made in Whole or in Part of Precious or Semi-Precious Metals-Namely, Business Card Cases, Candelabras, Candlesticks, Cigar and Cigarette Boxes, Napkin Rings, and Bookmarks, Semi-Precious Stones, Natural and Cultured Pearls. FIRST USE: 18680000. FIRST USE IN COMMERCE: 18680000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73304929 |
| **Filing Date** | April 9, 1981 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 30, 1982 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1228189** |
| **Registration Date** | February 22, 1983 |
| **Owner** | (REGISTRANT) Tiffany & Company CORPORATION NEW YORK 727 5th Ave. New York NEW YORK 10022 |
| | (LAST LISTED OWNER) TIFFANY (NJ) LLC LIMITED LIABILITY COMPANY DELAWARE 15 SYLVAN WAY PARSIPPANY NEW JERSEY 07054 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |

| | |
|---|---|
| **Prior Registrations** | 0058872 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130131. |
| **Renewal** | 2ND RENEWAL 20130131 |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

| | | | |
|---|---|---|---|
| **Serial #:** 73304929 | **Filing Dt:** 04/09/1981 | **Reg #:** 1228189 | **Reg. Dt:** 02/22/1983 |

**Registrant:** Tiffany & Company

**Mark:** TIFFANY & CO.

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0497/0773 | **Recorded:** 05/13/1985 | **Pages:** 21 |

**Conveyance:** AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK, SUBJECT TO AGREEMENT RECITED (SEE RECORD)

**Assignor:** TIFFANY AND COMPANY          **Exec Dt:** 05/08/1985

**DBA/AKA/TA:** AKA TIFFANY & COMPANY AND TIFFANY & CO.          **Entity Type:** UNKNOWN

**Citizenship:** NONE

**Assignee:** ARABIAN INVESTMENT BANKING CORPORATION (INVESTCORP) SERVICES, N.V.          **Entity Type:** CORPORATION

**Citizenship:** NETHERLANDS ANTILLES

9WEST 57TH ST.

NEW YORK, NEW YORK 10019

**Correspondent:** CUSHMAN, DARBY, ET AL.

8TH FLOOR

1801 K ST., N.W.

WASHINGTON, DC 20006

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0497/0794 | **Recorded:** 05/13/1985 | **Pages:** 21 |

**Conveyance:** AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK SUBJECT TO AGREEMENT RECITED, (SEE RECORD FOR DETAILS)

**Assignor:** TIFFANY AND COMPANY          **Exec Dt:** 05/08/1985

**DBA/AKA/TA:** AKA TIFFANY & COMPANY AND TIFFANY & CO.          **Entity Type:** UNKNOWN

**Citizenship:** NONE

**Assignee:** GENERAL ELECTRIC CREDIT CORPORATION          **Entity Type:** CORPORATION

**Citizenship:** NEW YORK

2777 SUMMER ST.

STAMFORD, CONNECTICUT 06905

**Correspondent:** CUSHMAN, DARBY, ET AL.

8TH FLOOR

1801 K ST, N.W.

WASHINGTON, DC 20006

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 0575/0301 | **Recorded:** 05/22/1987 | **Pages:** 17 |

**Conveyance:** SECURITY INTEREST

**Assignor:** GENERAL ELECTRIC CREDIT CORPORATION          **Exec Dt:** 05/13/1987

**Entity Type:** CORPORATION

**Citizenship:** NEW YORK

**Assignee:** TIFFANY AND COMPANY

727 FIFTH AVENUE

NEW YORK, NEW YORK 10022

**Correspondent:** TIFFANY & CO.

FIFTH AVENUE & 57TH STREET

NEW YORK, NY 10022

**Entity Type:** CORPORATION

**Citizenship:** NEW YORK

## Assignment: 4

**Reel/Frame:** 2153/0480      **Recorded:** 10/12/1999      **Pages:** 5

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TIFFANY AND COMPANY      **Exec Dt:** 09/01/1999

     **Entity Type:** CORPORATION

     **Citizenship:** NEW YORK

**Assignee:** TIFFANY (NJ) INC.      **Entity Type:** CORPORATION

727 FIFTH AVENUE      **Citizenship:** NEW JERSEY

NEW YORK, NEW YORK 10022

**Correspondent:** DORSEY & WHITNEY LLP

JOCELYN G. BOLLING

1001 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, DC 20004

## Assignment: 5

**Reel/Frame:** 2153/0923      **Recorded:** 10/12/1999      **Pages:** 6

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TIFFANY AND COMPANY      **Exec Dt:** 09/01/1999

     **Entity Type:** CORPORATION

     **Citizenship:** NEW YORK

**Assignee:** TIFFANY (NJ) INC.      **Entity Type:** CORPORATION

727 FIFTH AVENUE      **Citizenship:** NEW JERSEY

NEW YORK, NEW YORK 10022

**Correspondent:** DORSEY & WHITNEY LLP

PATRICIA RUSSELL BROWN

1001 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, DC 20004

## Assignment: 6

**Reel/Frame:** 3757/0871      **Recorded:** 04/10/2008      **Pages:** 5

**Conveyance:** MERGER EFFECTIVE 02012008

**Assignor:** TIFFANY (NJ) INC.      **Exec Dt:** 01/29/2008

     **Entity Type:** CORPORATION

     **Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC      **Entity Type:** CORPORATION

15 SYLVAN WAY      **Citizenship:** DELAWARE

PARSIPPANY, NEW JERSEY 07054

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

## Assignment: 7

USPTO Assignments on the Web

**Reel/Frame:** 3786/0665         **Recorded:** 06/02/2008         **Pages:** 9

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ENTITY TYPE OF THE ASSIGNEE ERRONEOUSLY IDENTIFIED AS A "DELAWARE CORPORATION" INSTEAD OF "DELAWARE LIMITED LIABILITY COMPANY" PREVIOUSLY RECORDED ON REEL 003757 FRAME 0871. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER OF TIFFANY (NJ) INC., A NEW JERSEY CORPORATION, WITH AND INTO TIFFANY (NJ) LLC, A DELAWARE LIMITED LIABILITY COMPANY.

**Assignor:** TIFFANY (NJ) INC.         **Exec Dt:** 01/29/2008

        **Entity Type:** CORPORATION

        **Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC         **Entity Type:** LIMITED LIABILITY COMPANY

        **Citizenship:** DELAWARE

15 SYLVAN WAY

PARSIPPANY, NEW JERSEY 07054

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/19/2015 03:01 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=73304929[3/19/2015 3:01:55 PM]

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

Reg. No. 1,228,409
Registered Feb. 22, 1983

## TRADEMARK
### Principal Register

# TIFFANY

Tiffany & Company (New York corporation)
727 5th Ave.
New York, N.Y. 10022

For: DECORATIVE ART OBJECTS MADE IN WHOLE OR IN PART OF PRECIOUS OR SEMI-PRECIOUS METALS—NAMELY, FIGURINES, BOXES, BOWLS, TRAYS, AND FLOWERS, JEWELRY, SEMI-PRECIOUS STONES, AND NATURAL AND CULTURED PEARLS, in CLASS 14 (U.S. Cl. 28).

First use 1868; in commerce 1868.

Owner of U.S. Reg. Nos. 132,262, 133,063 and 139,646.

Ser. No. 304,915, filed Apr. 9, 1981.

DAVID E. BUCHER, Examining Attorney



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Mar 19 03:21:04 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | TIFFANY |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Decorative Art Objects Made in Whole or in Part of Precious or Semi-Precious Metals-Namely, Figurines, Boxes, Bowls, Trays, [ and Flowers, ] Jewelry, Semi-Precious Stones, and Natural and Cultured Pearls. FIRST USE: 18680000. FIRST USE IN COMMERCE: 18680000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73304915 |
| **Filing Date** | April 9, 1981 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 30, 1982 |
| **Registration Number** | **1228409** |
| **Registration Date** | February 22, 1983 |
| **Owner** | (REGISTRANT) Tiffany & Company CORPORATION NEW YORK 727 5th Ave. New York NEW YORK 10022 |
| | (LAST LISTED OWNER) TIFFANY (NJ) LLC LIMITED LIABILITY COMPANY DELAWARE 15 SYLVAN WAY PARSIPPANY NEW JERSEY 07054 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Prior Registrations** | 0132262;0133063;0139646 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130204. |
| **Renewal** | 2ND RENEWAL 20130204 |

**Live/Dead Indicator**        LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

USPTO Assignments on the Web



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 8**

| | | | |
|---|---|---|---|
| **Serial #:** 73304915 | **Filing Dt:** 04/09/1981 | **Reg #:** 1228409 | **Reg. Dt:** 02/22/1983 |

**Registrant:** Tiffany & Company

**Mark:** TIFFANY

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0497/0773 | **Recorded:** 05/13/1985 | **Pages:** 21 |

**Conveyance:** AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK, SUBJECT TO AGREEMENT RECITED (SEE RECORD)

**Assignor:** TIFFANY AND COMPANY

    **Exec Dt:** 05/08/1985

**DBA/AKA/TA:** AKA TIFFANY & COMPANY AND TIFFANY & CO.

    **Entity Type:** UNKNOWN

    **Citizenship:** NONE

**Assignee:** ARABIAN INVESTMENT BANKING CORPORATION (INVESTCORP) SERVICES, N.V.

    **Entity Type:** CORPORATION

    **Citizenship:** NETHERLANDS ANTILLES

9WEST 57TH ST.

NEW YORK, NEW YORK 10019

**Correspondent:** CUSHMAN, DARBY, ET AL.

8TH FLOOR

1801 K ST., N.W.

WASHINGTON, DC 20006

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0497/0794 | **Recorded:** 05/13/1985 | **Pages:** 21 |

**Conveyance:** AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK SUBJECT TO AGREEMENT RECITED, (SEE RECORD FOR DETAILS)

**Assignor:** TIFFANY AND COMPANY

    **Exec Dt:** 05/08/1985

**DBA/AKA/TA:** AKA TIFFANY & COMPANY AND TIFFANY & CO.

    **Entity Type:** UNKNOWN

    **Citizenship:** NONE

**Assignee:** GENERAL ELECTRIC CREDIT CORPORATION

    **Entity Type:** CORPORATION

    **Citizenship:** NEW YORK

2777 SUMMER ST.

STAMFORD, CONNECTICUT 06905

**Correspondent:** CUSHMAN, DARBY, ET AL.

8TH FLOOR

1801 K ST, N.W.

WASHINGTON, DC 20006

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 0575/0301 | **Recorded:** 05/22/1987 | **Pages:** 17 |

**Conveyance:** SECURITY INTEREST

**Assignor:** GENERAL ELECTRIC CREDIT CORPORATION

    **Exec Dt:** 05/13/1987

    **Entity Type:** CORPORATION

    **Citizenship:** NEW YORK

**Assignee:** TIFFANY AND COMPANY

727 FIFTH AVENUE

NEW YORK, NEW YORK 10022

**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

**Correspondent:** TIFFANY & CO.

FIFTH AVENUE & 57TH STREET

NEW YORK, NY 10022

## Assignment: 4

**Reel/Frame:** 2153/0480    **Recorded:** 10/12/1999    **Pages:** 5

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TIFFANY AND COMPANY

**Exec Dt:** 09/01/1999
**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

**Assignee:** TIFFANY (NJ) INC.

727 FIFTH AVENUE

NEW YORK, NEW YORK 10022

**Entity Type:** CORPORATION
**Citizenship:** NEW JERSEY

**Correspondent:** DORSEY & WHITNEY LLP

JOCELYN G. BOLLING

1001 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, DC 20004

## Assignment: 5

**Reel/Frame:** 2153/0923    **Recorded:** 10/12/1999    **Pages:** 6

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TIFFANY AND COMPANY

**Exec Dt:** 09/01/1999
**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

**Assignee:** TIFFANY (NJ) INC.

727 FIFTH AVENUE

NEW YORK, NEW YORK 10022

**Entity Type:** CORPORATION
**Citizenship:** NEW JERSEY

**Correspondent:** DORSEY & WHITNEY LLP

PATRICIA RUSSELL BROWN

1001 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, DC 20004

## Assignment: 6

**Reel/Frame:** 1961/0759    **Recorded:** 11/22/1999    **Pages:** 22

**Conveyance:** SECURITY AGREEMENT

**Assignor:** PAYLESS CASHWAYS, INC.

**Exec Dt:** 11/17/1999
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** CONGRESS FINANCIAL CORPORATION (CENTRAL)

150 S. WACKER DRIVE

CHICAGO, ILLINOIS 60606

**Entity Type:** CORPORATION
**Citizenship:** ILLINOIS

**Correspondent:** OTTERBOURG, STEINDLER, HOUSTON & ROSEN

ATTN: MITCHELL M. BRAND, ESQ.

230 PARK AVENUE

NEW YORK, NEW YORK 10169

## Assignment: 7

| | | |
|---|---|---|
| **Reel/Frame:** 3757/0871 | **Recorded:** 04/10/2008 | **Pages:** 5 |

**Conveyance:** MERGER EFFECTIVE 02012008

**Assignor:** TIFFANY (NJ) INC.

**Exec Dt:** 01/29/2008
**Entity Type:** CORPORATION
**Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC

15 SYLVAN WAY

PARSIPPANY, NEW JERSEY 07054

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

## Assignment: 8

| | | |
|---|---|---|
| **Reel/Frame:** 3786/0665 | **Recorded:** 06/02/2008 | **Pages:** 9 |

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ENTITY TYPE OF THE ASSIGNEE ERRONEOUSLY IDENTIFIED AS A "DELAWARE CORPORATION" INSTEAD OF "DELAWARE LIMITED LIABILITY COMPANY" PREVIOUSLY RECORDED ON REEL 003757 FRAME 0871. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER OF TIFFANY (NJ) INC., A NEW JERSEY CORPORATION, WITH AND INTO TIFFANY (NJ) LLC, A DELAWARE LIMITED LIABILITY COMPANY.

**Assignor:** TIFFANY (NJ) INC.

**Exec Dt:** 01/29/2008
**Entity Type:** CORPORATION
**Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC

15 SYLVAN WAY

PARSIPPANY, NEW JERSEY 07054

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/19/2015 03:09 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=73304915[3/19/2015 3:09:43 PM]

Int. Cl.: 14

Prior U.S. Cl.: 28

## United States Patent and Trademark Office

Reg. No. 1,283,306
Registered Jun. 26, 1984

## TRADEMARK
### Principal Register

# TIFFANY & CO.

Tiffany and Company (New York corporation)
727 Fifth Ave.
New York, N.Y. 10022

For: DESK ACCESSORIES—NAMELY, CALENDAR AND PHOTOGRAPH FRAMES; BAR ACCESSORIES—NAMELY, COASTERS, TUMBLERS, PITCHERS, AND CORKSCREWS; CLOTHING ACCESSORIES—NAMELY, MONEY CLIPS, CUFFLINKS, KEY HOLDERS, COLLAR CLIPS, COLLAR PINS, COLLAR STAYS, TIE BARS; TIE TACKS; TIE SLIDES; BELT BUCKLES, AND STUDS; BABY GIFTS—NAMELY, MILK CUPS, PORRINGERS AND RATTLES; SEWING NEEDLES; SEWING SPOOLS; SEWING THIMBLES; PERFUME FLASKS; TOOTHPICKS; BARRETTES; DECORATIVE MAGNETS; PILL BOXES; PIN BOXES; AND STYMIE MARKERS; ALL MADE OF OR PLATED WITH PRECIOUS OR SEMI-PRECIOUS METALS, in CLASS 14 (U.S. Cl. 28).

First use 1867; in commerce 1867.
Owner of U.S. Reg. Nos. 1,217,065, 1,251,356 and others.

Ser. No. 416,496, filed Mar. 9, 1983.

JANIS MALTZ, Examiner



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Mar 19 03:21:04 EDT 2015*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | TIFFANY & CO. |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Desk Accessories-Namely, Calendar and Photograph Frames; Bar Accessories-Namely, Coasters, Tumblers, Pitchers, and Corkscrews; Clothing Accessories-Namely, Money Clips, Cufflinks, Key Holders, Collar Clips, [Collar Pins,] Collar Stays, Tie Bars; Tie Tacks; Tie Slides; Belt Buckles, and Studs; Baby Gifts-Namely, [Milk Cups,] Porringers [and Rattles; Sewing Needles; Sewing Spools; Sewing Thimbles;] Perfume Flasks; [Toothpicks; ]Barrettes; [Decorative Magnets;] Pill Boxes; [Pin Boxes;] and Stymie Markers; All Made of or Plated with Precious or Semi-Precious Metals. FIRST USE: 18670000. FIRST USE IN COMMERCE: 18670000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73416496 |
| **Filing Date** | March 9, 1983 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 3, 1984 |
| **Registration Number** | **1283306** |
| **Registration Date** | June 26, 1984 |
| **Owner** | (REGISTRANT) Tiffany and Company CORPORATION NEW YORK 727 Fifth Ave. New York NEW YORK 10022 |
| | (LAST LISTED OWNER) TIFFANY (NJ) LLC CORPORATION DELAWARE 15 SYLVAN WAY PARSIPPANY NEW JERSEY 07054 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Prior Registrations** | 1217065;1251356;AND OTHERS |
| **Type of Mark** | TRADEMARK |

**Register**            PRINCIPAL

**Affidavit Text**   SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140920.

**Renewal**           2ND RENEWAL 20140920

**Live/Dead Indicator**   LIVE

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| **HOME** | **SITE INDEX** | **SEARCH** | *e*BUSINESS | **HELP** | **PRIVACY POLICY**

USPTO Assignments on the Web



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

## Total Assignments: 7

| | | | |
|---|---|---|---|
| Serial #: 73416496 | Filing Dt: 03/09/1983 | Reg #: 1283306 | Reg. Dt: 06/26/1984 |
| Registrant: Tiffany and Company | | | |
| Mark: TIFFANY & CO. | | | |

## Assignment: 1

| | | | |
|---|---|---|---|
| Reel/Frame: 0497/0773 | Recorded: 05/13/1985 | | Pages: 21 |
| Conveyance: AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK, SUBJECT TO AGREEMENT RECITED (SEE RECORD) | | | |
| Assignor: TIFFANY AND COMPANY | | Exec Dt: 05/08/1985 | |
| DBA/AKA/TA: AKA TIFFANY & COMPANY AND TIFFANY & CO. | | Entity Type: UNKNOWN | |
| | | Citizenship: NONE | |
| Assignee: ARABIAN INVESTMENT BANKING CORPORATION (INVESTCORP) SERVICES, N.V. | | Entity Type: CORPORATION | |
| | | Citizenship: NETHERLANDS ANTILLES | |
| 9WEST 57TH ST. | | | |
| NEW YORK, NEW YORK 10019 | | | |
| Correspondent: CUSHMAN, DARBY, ET AL. | | | |
| 8TH FLOOR | | | |
| 1801 K ST., N.W. | | | |
| WASHINGTON, DC 20006 | | | |

## Assignment: 2

| | | | |
|---|---|---|---|
| Reel/Frame: 0497/0794 | Recorded: 05/13/1985 | | Pages: 21 |
| Conveyance: AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY GRANTS A SECURITY INTEREST UNDER SAID MARK SUBJECT TO AGREEMENT RECITED, (SEE RECORD FOR DETAILS) | | | |
| Assignor: TIFFANY AND COMPANY | | Exec Dt: 05/08/1985 | |
| DBA/AKA/TA: AKA TIFFANY & COMPANY AND TIFFANY & CO. | | Entity Type: UNKNOWN | |
| | | Citizenship: NONE | |
| Assignee: GENERAL ELECTRIC CREDIT CORPORATION | | Entity Type: CORPORATION | |
| | | Citizenship: NEW YORK | |
| 2777 SUMMER ST. | | | |
| STAMFORD, CONNECTICUT 06905 | | | |
| Correspondent: CUSHMAN, DARBY, ET AL. | | | |
| 8TH FLOOR | | | |
| 1801 K ST, N.W. | | | |
| WASHINGTON, DC 20006 | | | |

## Assignment: 3

| | | | |
|---|---|---|---|
| Reel/Frame: 0575/0301 | Recorded: 05/22/1987 | | Pages: 17 |
| Conveyance: SECURITY INTEREST | | | |
| Assignor: GENERAL ELECTRIC CREDIT CORPORATION | | Exec Dt: 05/13/1987 | |
| | | Entity Type: CORPORATION | |
| | | Citizenship: NEW YORK | |

**Assignee:** TIFFANY AND COMPANY     **Entity Type:** CORPORATION

727 FIFTH AVENUE     **Citizenship:** NEW YORK

NEW YORK, NEW YORK 10022

**Correspondent:** TIFFANY & CO.

FIFTH AVENUE & 57TH STREET

NEW YORK, NY 10022

## Assignment: 4

| **Reel/Frame:** 2153/0480 | **Recorded:** 10/12/1999 | **Pages:** 5 |
|---|---|---|

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TIFFANY AND COMPANY     **Exec Dt:** 09/01/1999

    **Entity Type:** CORPORATION

    **Citizenship:** NEW YORK

**Assignee:** TIFFANY (NJ) INC.     **Entity Type:** CORPORATION

727 FIFTH AVENUE     **Citizenship:** NEW JERSEY

NEW YORK, NEW YORK 10022

**Correspondent:** DORSEY & WHITNEY LLP

JOCELYN G. BOLLING

1001 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, DC 20004

## Assignment: 5

| **Reel/Frame:** 2153/0923 | **Recorded:** 10/12/1999 | **Pages:** 6 |
|---|---|---|

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TIFFANY AND COMPANY     **Exec Dt:** 09/01/1999

    **Entity Type:** CORPORATION

    **Citizenship:** NEW YORK

**Assignee:** TIFFANY (NJ) INC.     **Entity Type:** CORPORATION

727 FIFTH AVENUE     **Citizenship:** NEW JERSEY

NEW YORK, NEW YORK 10022

**Correspondent:** DORSEY & WHITNEY LLP

PATRICIA RUSSELL BROWN

1001 PENNSYLVANIA AVENUE, N.W.

WASHINGTON, DC 20004

## Assignment: 6

| **Reel/Frame:** 3757/0871 | **Recorded:** 04/10/2008 | **Pages:** 5 |
|---|---|---|

**Conveyance:** MERGER EFFECTIVE 02012008

**Assignor:** TIFFANY (NJ) INC.     **Exec Dt:** 01/29/2008

    **Entity Type:** CORPORATION

    **Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC     **Entity Type:** CORPORATION

15 SYLVAN WAY     **Citizenship:** DELAWARE

PARSIPPANY, NEW JERSEY 07054

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

## Assignment: 7

**Reel/Frame:** 3786/0665      **Recorded:** 06/02/2008      **Pages:** 9

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ENTITY TYPE OF THE ASSIGNEE ERRONEOUSLY IDENTIFIED AS A "DELAWARE CORPORATION" INSTEAD OF "DELAWARE LIMITED LIABILITY COMPANY" PREVIOUSLY RECORDED ON REEL 003757 FRAME 0871. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER OF TIFFANY (NJ) INC., A NEW JERSEY CORPORATION, WITH AND INTO TIFFANY (NJ) LLC, A DELAWARE LIMITED LIABILITY COMPANY.

**Assignor:** TIFFANY (NJ) INC.

**Exec Dt:** 01/29/2008
**Entity Type:** CORPORATION
**Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC

15 SYLVAN WAY

PARSIPPANY, NEW JERSEY 07054

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/19/2015 03:10 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT |

**Int. Cl.: 14**

**Prior U.S. Cl.: 27**

**United States Patent and Trademark Office**

Reg. No. 1,605,467
Registered July 10, 1990

# TRADEMARK
## PRINCIPAL REGISTER

## ATLAS

TIFFANY AND COMPANY (NEW YORK COR-
PORATION)
727 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES AND CLOCKS, IN CLASS 14
(INTL. CL. 14).

FIRST USE 0–0–1984; IN COMMERCE
0–0–1984.

SER. NO. 74–008,076, FILED 12–5–1989.

CHRIS A. F. PEDERSEN, EXAMINING ATTOR-
NEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 19 03:21:04 EDT 2015*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | ATLAS |
| **Goods and Services** | IC 014. US 027. G & S: WATCHES AND CLOCKS. FIRST USE: 19840000. FIRST USE IN COMMERCE: 19840000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74008076 |
| **Filing Date** | December 5, 1989 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 17, 1990 |
| **Registration Number** | **1605467** |
| **Registration Date** | July 10, 1990 |
| **Owner** | (REGISTRANT) TIFFANY AND COMPANY CORPORATION NEW YORK 727 FIFTH AVENUE NEW YORK NEW YORK 10022 |
| | (LAST LISTED OWNER) TIFFANY (NJ) LLC CORPORATION DELAWARE 15 SYLVAN WAY PARSIPPANY NEW JERSEY 07054 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20090831. |
| **Renewal** | 2ND RENEWAL 20090831 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 4**

| | | | |
|---|---|---|---|
| Serial #: 74008076 | Filing Dt: 12/05/1989 | Reg #: 1605467 | Reg. Dt: 07/10/1990 |
| Registrant: TIFFANY AND COMPANY | | | |
| Mark: ATLAS | | | |

## Assignment: 1

| | | |
|---|---|---|
| Reel/Frame: 2153/0480 | Recorded: 10/12/1999 | Pages: 5 |
| Conveyance: ASSIGNS THE ENTIRE INTEREST | | |
| Assignor: TIFFANY AND COMPANY | Exec Dt: 09/01/1999 | |
| | Entity Type: CORPORATION | |
| | Citizenship: NEW YORK | |
| Assignee: TIFFANY (NJ) INC. | Entity Type: CORPORATION | |
| 727 FIFTH AVENUE | Citizenship: NEW JERSEY | |
| NEW YORK, NEW YORK 10022 | | |
| Correspondent: DORSEY & WHITNEY LLP | | |
| JOCELYN G. BOLLING | | |
| 1001 PENNSYLVANIA AVENUE, N.W. | | |
| WASHINGTON, DC 20004 | | |

## Assignment: 2

| | | |
|---|---|---|
| Reel/Frame: 2153/0923 | Recorded: 10/12/1999 | Pages: 6 |
| Conveyance: ASSIGNS THE ENTIRE INTEREST | | |
| Assignor: TIFFANY AND COMPANY | Exec Dt: 09/01/1999 | |
| | Entity Type: CORPORATION | |
| | Citizenship: NEW YORK | |
| Assignee: TIFFANY (NJ) INC. | Entity Type: CORPORATION | |
| 727 FIFTH AVENUE | Citizenship: NEW JERSEY | |
| NEW YORK, NEW YORK 10022 | | |
| Correspondent: DORSEY & WHITNEY LLP | | |
| PATRICIA RUSSELL BROWN | | |
| 1001 PENNSYLVANIA AVENUE, N.W. | | |
| WASHINGTON, DC 20004 | | |

## Assignment: 3

| | | |
|---|---|---|
| Reel/Frame: 3757/0871 | Recorded: 04/10/2008 | Pages: 5 |
| Conveyance: MERGER EFFECTIVE 02012008 | | |
| Assignor: TIFFANY (NJ) INC. | Exec Dt: 01/29/2008 | |
| | Entity Type: CORPORATION | |
| | Citizenship: NEW JERSEY | |
| Assignee: TIFFANY (NJ) LLC | Entity Type: CORPORATION | |
| 15 SYLVAN WAY | Citizenship: DELAWARE | |

PARSIPPANY, NEW JERSEY 07054

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

## Assignment: 4

| | |
|---|---|
| **Reel/Frame:** 3786/0665 | **Recorded:** 06/02/2008 | **Pages:** 9 |

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ENTITY TYPE OF THE ASSIGNEE ERRONEOUSLY IDENTIFIED AS A "DELAWARE CORPORATION" INSTEAD OF "DELAWARE LIMITED LIABILITY COMPANY" PREVIOUSLY RECORDED ON REEL 003757 FRAME 0871. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER OF TIFFANY (NJ) INC., A NEW JERSEY CORPORATION, WITH AND INTO TIFFANY (NJ) LLC, A DELAWARE LIMITED LIABILITY COMPANY.

**Assignor:** TIFFANY (NJ) INC.

    **Exec Dt:** 01/29/2008
    **Entity Type:** CORPORATION
    **Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC

15 SYLVAN WAY

PARSIPPANY, NEW JERSEY 07054

    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** DELAWARE

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/19/2015 03:15 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=74008076[3/19/2015 3:15:23 PM]

Int. Cl.: 14

Prior U.S. Cl.: 28

## United States Patent and Trademark Office

Reg. No. 1,669,365
Registered Dec. 24, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## T & CO.

TIFFANY AND COMPANY (NEW YORK COR-
PORATION)
727 FIFTH AVENUE
NEW YORK, NY 10022

FOR: ALL TYPES OF JEWELRY MADE OF,
OR IN PART OF, PRECIOUS METALS AND/OR
WITH PRECIOUS OR SEMI-PRECIOUS
STONES, IN CLASS 14 (U.S. CL. 28).

FIRST USE 0–0–1979; IN COMMERCE
0–0–1979.
OWNER OF U.S. REG. NO. 261,711.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CO.", APART FROM THE
MARK AS SHOWN.

SER. NO. 74–104,857, FILED 10–11–1990.

VIVIAN MICZNIK, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Mar 19 03:21:04 EDT 2015*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | T & CO. |
| **Goods and Services** | IC 014. US 028. G & S: all types of jewelry made of, or in part of, precious metals and/or with precious or semi-precious stones. FIRST USE: 19790000. FIRST USE IN COMMERCE: 19790000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74104857 |
| **Filing Date** | October 11, 1990 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 1, 1991 |
| **Registration Number** | **1669365** |
| **Registration Date** | December 24, 1991 |
| **Owner** | (REGISTRANT) TIFFANY AND COMPANY CORPORATION NEW YORK 727 Fifth Avenue New York NEW YORK 10022

(LAST LISTED OWNER) TIFFANY (NJ) LLC CORPORATION DELAWARE 15 SYLVAN WAY PARSIPPANY NEW JERSEY 07054 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Prior Registrations** | 0261711 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CO." APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20110809. |
| **Renewal** | 2ND RENEWAL 20110809 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 4**

| | | | |
|---|---|---|---|
| **Serial #:** 74104857 | **Filing Dt:** 10/11/1990 | **Reg #:** 1669365 | **Reg. Dt:** 12/24/1991 |
| **Registrant:** TIFFANY AND COMPANY | | | |
| **Mark:** T & CO. | | | |

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 2153/0480 | **Recorded:** 10/12/1999 | **Pages:** 5 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** TIFFANY AND COMPANY | **Exec Dt:** 09/01/1999 | |
| | **Entity Type:** CORPORATION | |
| | **Citizenship:** NEW YORK | |
| **Assignee:** TIFFANY (NJ) INC. | **Entity Type:** CORPORATION | |
| 727 FIFTH AVENUE | **Citizenship:** NEW JERSEY | |
| NEW YORK, NEW YORK 10022 | | |
| **Correspondent:** DORSEY & WHITNEY LLP | | |
| JOCELYN G. BOLLING | | |
| 1001 PENNSYLVANIA AVENUE, N.W. | | |
| WASHINGTON, DC 20004 | | |

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 2153/0923 | **Recorded:** 10/12/1999 | **Pages:** 6 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** TIFFANY AND COMPANY | **Exec Dt:** 09/01/1999 | |
| | **Entity Type:** CORPORATION | |
| | **Citizenship:** NEW YORK | |
| **Assignee:** TIFFANY (NJ) INC. | **Entity Type:** CORPORATION | |
| 727 FIFTH AVENUE | **Citizenship:** NEW JERSEY | |
| NEW YORK, NEW YORK 10022 | | |
| **Correspondent:** DORSEY & WHITNEY LLP | | |
| PATRICIA RUSSELL BROWN | | |
| 1001 PENNSYLVANIA AVENUE, N.W. | | |
| WASHINGTON, DC 20004 | | |

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 3757/0871 | **Recorded:** 04/10/2008 | **Pages:** 5 |
| **Conveyance:** MERGER EFFECTIVE 02012008 | | |
| **Assignor:** TIFFANY (NJ) INC. | **Exec Dt:** 01/29/2008 | |
| | **Entity Type:** CORPORATION | |
| | **Citizenship:** NEW JERSEY | |
| **Assignee:** TIFFANY (NJ) LLC | **Entity Type:** CORPORATION | |
| 15 SYLVAN WAY | **Citizenship:** DELAWARE | |

PARSIPPANY, NEW JERSEY 07054

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 3786/0665 | **Recorded:** 06/02/2008 | **Pages:** 9 |

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ENTITY TYPE OF THE ASSIGNEE ERRONEOUSLY IDENTIFIED AS A "DELAWARE CORPORATION" INSTEAD OF "DELAWARE LIMITED LIABILITY COMPANY" PREVIOUSLY RECORDED ON REEL 003757 FRAME 0871. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER OF TIFFANY (NJ) INC., A NEW JERSEY CORPORATION, WITH AND INTO TIFFANY (NJ) LLC, A DELAWARE LIMITED LIABILITY COMPANY.

**Assignor:** TIFFANY (NJ) INC.

**Exec Dt:** 01/29/2008
**Entity Type:** CORPORATION
**Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC

15 SYLVAN WAY

PARSIPPANY, NEW JERSEY 07054

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/19/2015 03:17 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| **HOME** | **INDEX** | **SEARCH** | *e***BUSINESS** | **CONTACT US** | **PRIVACY STATEMENT**

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=74104857[3/19/2015 3:17:57 PM]

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

## United States Patent and Trademark Office

Reg. No. 1,968,614
Registered Apr. 16, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## TIFFANY & CO.

TIFFANY AND COMPANY (NEW YORK COR-
PORATION)
727 FIFTH AVENUE
NEW YORK, NY 10022

FOR: ALL TYPES OF TIMEPIECES, IN-
CLUDING ESPECIALLY WATCHES AND
CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND
50).

FIRST USE 0–0–1895; IN COMMERCE
0–0–1895.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "& CO." , APART FROM THE
MARK AS SHOWN.

SER. NO. 74–688,573, FILED 6–14–1995.

K. MARGARET LE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 19 03:21:04 EDT 2015*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | TIFFANY & CO. |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: all types of timepieces, including especially watches and clocks. FIRST USE: 18950000. FIRST USE IN COMMERCE: 18950000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74688573 |
| **Filing Date** | June 14, 1995 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 23, 1996 |
| **Registration Number** | **1968614** |
| **Registration Date** | April 16, 1996 |
| **Owner** | (REGISTRANT) TIFFANY AND COMPANY CORPORATION NEW YORK 727 Fifth Avenue New York NEW YORK 10022 |
| | (LAST LISTED OWNER) TIFFANY (NJ) LLC CORPORATION DELAWARE 15 SYLVAN WAY PARSIPPANY NEW JERSEY 07054 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "& CO." APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20050913. |
| **Renewal** | 1ST RENEWAL 20050913 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

USPTO Assignments on the Web



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 74688573    **Filing Dt:** 06/14/1995    **Reg #:** 1968614    **Reg. Dt:** 04/16/1996

**Registrant:** TIFFANY AND COMPANY

**Mark:** TIFFANY & CO.

## Assignment: 1

**Reel/Frame:** 2339/0843    **Recorded:** 07/23/2001    **Pages:** 2

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TIFFANY AND COMPANY    **Exec Dt:** 09/01/1999

   **Entity Type:** CORPORATION

   **Citizenship:** NEW YORK

**Assignee:** TIFFANY (NJ) INC.    **Entity Type:** CORPORATION

15 SYLVAN WAY    **Citizenship:** NEW JERSEY

PARSIPPANY, NEW JERSEY 07054

**Correspondent:** FROSS, ZELNICK, LEHRMAN & ZISSU, P.C.

PATRICK BOISSON

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

## Assignment: 2

**Reel/Frame:** 3757/0871    **Recorded:** 04/10/2008    **Pages:** 5

**Conveyance:** MERGER EFFECTIVE 02012008

**Assignor:** TIFFANY (NJ) INC.    **Exec Dt:** 01/29/2008

   **Entity Type:** CORPORATION

   **Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC    **Entity Type:** CORPORATION

15 SYLVAN WAY    **Citizenship:** DELAWARE

PARSIPPANY, NEW JERSEY 07054

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

## Assignment: 3

**Reel/Frame:** 3786/0665    **Recorded:** 06/02/2008    **Pages:** 9

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ENTITY TYPE OF THE ASSIGNEE ERRONEOUSLY IDENTIFIED AS A "DELAWARE CORPORATION" INSTEAD OF "DELAWARE LIMITED LIABILITY COMPANY" PREVIOUSLY RECORDED ON REEL 003757 FRAME 0871. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER OF TIFFANY (NJ) INC., A NEW JERSEY CORPORATION, WITH AND INTO TIFFANY (NJ) LLC, A DELAWARE LIMITED LIABILITY COMPANY.

**Assignor:** TIFFANY (NJ) INC.    **Exec Dt:** 01/29/2008

   **Entity Type:** CORPORATION

   **Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC

15 SYLVAN WAY

PARSIPPANY, NEW JERSEY 07054

**Entity Type:** LIMITED LIABILITY COMPANY

**Citizenship:** DELAWARE

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/19/2015 03:19 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

Int. Cls.: 3, 8, 14, 16, 18, 21, 25 and 35

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 13, 22, 23, 27, 28, 29, 30, 33, 37, 38, 39, 40, 41, 44, 50, 51, 52, 100, 101 and 102

Reg. No. 2,359,351

# United States Patent and Trademark Office

Registered June 20, 2000

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



TIFFANY AND COMPANY (NEW YORK CORPORA-
TION)
727 FIFTH AVENUE
NEW YORK, NY 10022

FOR: FRAGRANCE PRODUCTS, NAMELY, PER-
FUME, COLOGNE, TOILET WATER, TOILET SOAP,
BABY POWDER, BODY CREAM, BATH GEL,
SHOWER GEL, BODY LOTION AND PERSONAL DE-
ODORANT, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51
AND 52).

FIRST USE 0–0–1987; IN COMMERCE 0–0–1987.

FOR: TABLEWARE, NAMELY, KNIVES, FORKS
AND SPOONS; POCKET KNIVES, SCISSORS, AND
RAZORS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: JEWELRY; WATCHES AND CLOCKS; PRE-
CIOUS AND SEMI-PRECIOUS STONES; DECORA-
TIVE ART OBJECTS MADE IN WHOLE OR IN PART
OF PRECIOUS METALS AND THEIR ALLOYS,
NAMELY, FIGURINES, BOXES AND TROPHIES;
NATURAL AND CULTURED PEARLS; METAL

WARES MADE IN WHOLE OR IN PART OF PRE-CIOUS METALS AND THEIR ALLOYS, NAMELY, CANDELABRAS, CANDLESTICKS, CIGAR AND CIGARETTE BOXES AND ASHTRAYS; BOWLS, SERVING TRAYS, TUMBLERS, PITCHERS, CORK-SCREWS, CUPS, PORRINGERS, TOOTHPICKS AND PERFUME FLASKS SOLD EMPTY, ALL MADE IN WHOLE OR IN PART OF PRECIOUS METALS AND THEIR ALLOYS; BAR ACCESSORIES MADE OF PRECIOUS METALS AND THEIR ALLOYS, NAME-LY, COASTERS; CLOTHING ACCESSORIES MADE OF PRECIOUS METALS AND THEIR ALLOYS, NAMELY, MONEY CLIPS, CUFFLINKS, KEY HOLD-ERS, KEY RINGS, COLLAR CLIPS, COLLAR PINS, COLLAR STAYS, TIE BARS, TIE TACKS, TIE SLIDES, BELT BUCKLES, AND SHIRT STUDS; PILL BOXES AND PIN BOXES MADE OF OR PLATED WITH PRECIOUS METALS AND THEIR ALLOYS; BABY RATTLES, GOLF CLUBS, AND PLACE MARKERS FOR GOLF BALLS MADE IN WHOLE OR IN PART OF PRECIOUS METALS AND THEIR ALLOYS; PICTURE CALENDAR AND PHOTO-GRAPH FRAMES MADE IN WHOLE OR IN PART OF PRECIOUS METALS AND THEIR ALLOYS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: STATIONERY; DIARIES, CALENDARS, PER-SONAL ORGANIZERS, DRAWING RULERS, BOOK-MARKS, WRITING INSTRUMENTS AND PLAYING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: LEATHER GOODS, NAMELY, PURSES, HANDBAGS, WALLETS, CREDIT CARD CASES AND KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: CRYSTAL GLASSES, BOWLS, VASES, CANDY AND JELLY JARS, CANDLESTICKS, SERV-ING PLATTERS, DECORATIVE BOXES, BUCKETS AND BASKETS; CHINA, PORCELAIN, AND EARTH-ENWARE DINNERWARE, BOWLS, SERVING PLAT-TERS, TEA AND COFFEE SETS, MUGS, VASES, CANDY AND JELLY JARS, CANDLESTICKS, BOXES AND BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: CLOTHING, NAMELY, NECKTIES, SCARVES AND BELTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

FOR: RETAIL STORE AND MAIL ORDER CATA-LOG SERVICES FEATURING JEWELRY, WATCHES AND CLOCKS, GIFTWARE, DINNERWARE, FLAT-WARE, TABLE SERVICE PIECES, BABY GIFTS, DECORATIVE HOME FURNISHINGS, STATIONERY, WRITING INSTRUMENTS AND DESK ACCES-SORIES, CLOTHING AND ACCESSORIES, TROPHIES AND MEDALS, SMOKERS' ACCESSORIES, WEATH-ER MONITORING ACCESSORIES, BAR ACCES-SORIES, AND PERFUMERY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

OWNER OF U.S. REG. NO. 2,184,128.

THE DRAWING IS LINED FOR THE COLOR BLUE, AND COLOR IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A SHADE OF BLUE OFTEN REFERRED TO AS ROBIN'S-EGG BLUE WHICH IS USED ON BOXES. THE MATTER SHOWN IN BROKEN LINES REPRESENTS BOXES OF VAR-IOUS SIZES AND SERVES TO SHOW POSITIONING OF THE MARK. NO CLAIM IS MADE TO SHAPE OF THE BOXES.

SEC. 2(F).

SER. NO. 75–544,375, FILED 8–24–1998.

TERESA M. RUPP, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 19 03:21:04 EDT 2015*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



**Goods and Services**

IC 003. US 001 004 006 050 051 052. G & S: Fragrance products, namely, perfume, cologne, toilet water, [ toilet soap, baby powder, body cream, bath gel, shower gel, ] body lotion [ and personal deodorant ]. FIRST USE: 19870000. FIRST USE IN COMMERCE: 19870000

IC 008. US 023 028 044. G & S: Tableware, namely, knives, forks and spoons; pocket knives, [ scissors, ] and razors. FIRST USE: 19390000. FIRST USE IN COMMERCE: 19390000

IC 014. US 002 027 028 050. G & S: Jewelry; watches and clocks; precious and semi-precious stones; decorative art objects made in whole or in part of precious metals and their alloys, namely, figurines, boxes and trophies; natural and cultured pearls; metal wares made in whole or in part of precious metals and their alloys, namely, candelabras, candlesticks, cigar and cigarette boxes and ashtrays; bowls, serving trays, tumblers, pitchers, corkscrews, cups, porringers, [ toothpicks ] and perfume flasks sold empty, all made in whole or in part of precious metals and their alloys; bar accessories made of precious metals and their alloys, namely, coasters; clothing accessories made of precious metals and their alloys, namely, money clips, cufflinks, [ key holders, ] key rings, [ collar clips, collar pins, ] collar stays, tie bars, tie tacks, tie slides, belt buckles, and shirt studs; pill boxes and pin boxes made of or plated with precious metals and their alloys; baby rattles, golf clubs, and place markers for golf balls made in whole or in part of precious metals and their alloys; picture calendar and photograph frames made in whole or in part of precious metals and their alloys. FIRST USE: 19390000. FIRST USE IN COMMERCE: 19390000

IC 016. US 002 005 022 023 029 037 038 050. G & S: Stationery; diaries, calendars, personal organizers, [ drawing rulers, ] bookmarks, writing instruments and playing cards. FIRST USE: 19390000. FIRST USE IN COMMERCE: 19390000

IC 018. US 001 002 003 022 041. G & S: Leather goods, namely, [ purses, handbags, ] wallets, credit card cases [ and key cases ]. FIRST USE: 19390000. FIRST USE IN COMMERCE: 19390000

IC 021. US 002 013 023 029 030 033 040 050. G & S: Crystal glasses, bowls, vases, candy and jelly jars, candlesticks, serving platters, decorative boxes, buckets and baskets; china, porcelain, and earthenware dinnerware, bowls, serving platters, tea and coffee sets, mugs, vases, candy [ and jelly jars ], candlesticks, boxes and baskets. FIRST USE: 19390000. FIRST USE IN COMMERCE: 19390000

IC 025. US 022 039. G & S: Clothing, namely, neckties, scarves and belts. FIRST USE: 19390000. FIRST USE IN COMMERCE: 19390000

IC 035. US 100 101 102. G & S: Retail store and mail order catalog services featuring jewelry, watches and clocks, giftware, dinnerware, flatware, table service pieces, baby gifts, decorative home furnishings, stationery, writing instruments and desk accessories, clothing and accessories, trophies and medals, smokers' accessories, weather monitoring accessories, bar accessories, and perfumery. FIRST USE: 19390000. FIRST USE IN COMMERCE: 19390000

| | |
|---|---|
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 19.05.25 - Boxes, cardboard (packing or storage); Cartons, packing or storage; Dumpster; Freight containers; Other large containers; Pallets for storing or moving cargo or freight ; shipping containers<br>29.04.03 - Blue (single color used on packaging, labels or signs)<br>29.05.03 - Blue (multiple colors used on the entire goods) |
| **Serial Number** | 75544375 |
| **Filing Date** | August 24, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 28, 2000 |
| **Registration Number** | **2359351** |
| **Registration Date** | June 20, 2000 |
| **Owner** | (REGISTRANT) Tiffany and Company CORPORATION NEW YORK 727 Fifth Avenue New York NEW YORK 10022<br><br>(LAST LISTED OWNER) TIFFANY (NJ) LLC CORPORATION DELAWARE 15 SYLVAN WAY PARSIPPANY NEW JERSEY 07054 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Prior Registrations** | 2184128 |
| **Description of Mark** | The mark consists of a shade of blue often referred to as robin's-egg blue which is used on boxes. The matter shown in broken lines represents boxes of various sizes and serves to show positioning of the mark. No claim is made to shape of the boxes. The drawing is lined for the color blue, and color is a feature of the mark. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100617. |
| **Renewal** | 1ST RENEWAL 20100617 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 4**

| | | | |
|---|---|---|---|
| **Serial #:** 75544375 | **Filing Dt:** 08/24/1998 | **Reg #:** 2359351 | **Reg. Dt:** 06/20/2000 |
| **Registrant:** Tiffany and Company | | | |
| **Mark:** | | | |

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 2153/0480 | **Recorded:** 10/12/1999 | **Pages:** 5 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | |
|---|---|
| **Assignor:** TIFFANY AND COMPANY | **Exec Dt:** 09/01/1999 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** NEW YORK |
| **Assignee:** TIFFANY (NJ) INC. | **Entity Type:** CORPORATION |
| 727 FIFTH AVENUE | **Citizenship:** NEW JERSEY |
| NEW YORK, NEW YORK 10022 | |

**Correspondent:** DORSEY & WHITNEY LLP
JOCELYN G. BOLLING
1001 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 2153/0923 | **Recorded:** 10/12/1999 | **Pages:** 6 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | |
|---|---|
| **Assignor:** TIFFANY AND COMPANY | **Exec Dt:** 09/01/1999 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** NEW YORK |
| **Assignee:** TIFFANY (NJ) INC. | **Entity Type:** CORPORATION |
| 727 FIFTH AVENUE | **Citizenship:** NEW JERSEY |
| NEW YORK, NEW YORK 10022 | |

**Correspondent:** DORSEY & WHITNEY LLP
PATRICIA RUSSELL BROWN
1001 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004

### Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 3757/0871 | **Recorded:** 04/10/2008 | **Pages:** 5 |

**Conveyance:** MERGER EFFECTIVE 02012008

| | |
|---|---|
| **Assignor:** TIFFANY (NJ) INC. | **Exec Dt:** 01/29/2008 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** NEW JERSEY |
| **Assignee:** TIFFANY (NJ) LLC | **Entity Type:** CORPORATION |
| 15 SYLVAN WAY | **Citizenship:** DELAWARE |

PARSIPPANY, NEW JERSEY 07054

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

## Assignment: 4

| | |
|---|---|
| **Reel/Frame:** | 3786/0665 |

**Recorded:** 06/02/2008                     **Pages:** 9

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ENTITY TYPE OF THE ASSIGNEE ERRONEOUSLY IDENTIFIED AS A "DELAWARE CORPORATION" INSTEAD OF "DELAWARE LIMITED LIABILITY COMPANY" PREVIOUSLY RECORDED ON REEL 003757 FRAME 0871. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER OF TIFFANY (NJ) INC., A NEW JERSEY CORPORATION, WITH AND INTO TIFFANY (NJ) LLC, A DELAWARE LIMITED LIABILITY COMPANY.

**Assignor:** TIFFANY (NJ) INC.

**Exec Dt:** 01/29/2008
**Entity Type:** CORPORATION
**Citizenship:** NEW JERSEY

**Assignee:** TIFFANY (NJ) LLC

15 SYLVAN WAY

PARSIPPANY, NEW JERSEY 07054

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

**Correspondent:** LAWRENCE E. APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/19/2015 03:20 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

## United States Patent and Trademark Office

**Reg. No. 2,639,539**

Registered Oct. 22, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## TIFFANY

TIFFANY (NJ) INC. (NEW JERSEY CORPORA-
   TION)
15 SYLVAN WAY
PARSIPPANY, NJ 07054

   FOR: WATCHES AND CLOCKS, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

   FIRST USE 0-0-1868; IN COMMERCE 0-0-1868.

OWNER OF U.S. REG. NOS. 23,573, 1,968,614 AND
OTHERS.

   SER. NO. 76-388,031, FILED 3-25-2002.

PATRICIA JUDD, EXAMINING ATTORNEY


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 19 03:21:04 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# TIFFANY

| | |
|---|---|
| **Word Mark** | TIFFANY |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: watches and clocks. FIRST USE: 18680000. FIRST USE IN COMMERCE: 18680000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76388031 |
| **Filing Date** | March 25, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 30, 2002 |
| **Registration Number** | **2639539** |
| **Registration Date** | October 22, 2002 |
| **Owner** | (REGISTRANT) Tiffany (NJ) Inc. CORPORATION NEW JERSEY 15 Sylvan Way Parsippany NEW JERSEY 07054 |
| | (LAST LISTED OWNER) TIFFANY (NJ) LLC LIMITED LIABILITY COMPANY DELAWARE 15 SYLVAN WAY PARSIPPANY NEW JERSEY 07054 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lawrence E. Apolzon |
| **Prior Registrations** | 0023573;0133063;1818891;1968614;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130204. |
| **Renewal** | 1ST RENEWAL 20130204 |
| **Live/Dead** | |

Trademark Electronic Search System (TESS)

LIVE

**Indicator**



| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

## Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| Serial #: 76388031 | Filing Dt: 03/25/2002 | Reg #: 2639539 | Reg. Dt: 10/22/2002 |

Registrant: Tiffany (NJ) Inc.

Mark: TIFFANY

### Assignment: 1

Reel/Frame: 3757/0871        Recorded: 04/10/2008        Pages: 5

Conveyance: MERGER EFFECTIVE 02012008

Assignor: TIFFANY (NJ) INC.                Exec Dt: 01/29/2008
                                           Entity Type: CORPORATION
                                           Citizenship: NEW JERSEY

Assignee: TIFFANY (NJ) LLC                 Entity Type: CORPORATION
                                           Citizenship: DELAWARE
          15 SYLVAN WAY

          PARSIPPANY, NEW JERSEY 07054

Correspondent: LAWRENCE E. APOLZON

               FROSS ZELNICK LEHRMAN & ZISSU, P.C.

               866 UNITED NATIONS PLAZA

               NEW YORK, NY 10017

### Assignment: 2

Reel/Frame: 3786/0665        Recorded: 06/02/2008        Pages: 9

Conveyance: CORRECTIVE ASSIGNMENT TO CORRECT THE ENTITY TYPE OF THE ASSIGNEE ERRONEOUSLY IDENTIFIED AS A "DELAWARE CORPORATION" INSTEAD OF "DELAWARE LIMITED LIABILITY COMPANY" PREVIOUSLY RECORDED ON REEL 003757 FRAME 0871. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER OF TIFFANY (NJ) INC., A NEW JERSEY CORPORATION, WITH AND INTO TIFFANY (NJ) LLC, A DELAWARE LIMITED LIABILITY COMPANY.

Assignor: TIFFANY (NJ) INC.                Exec Dt: 01/29/2008
                                           Entity Type: CORPORATION
                                           Citizenship: NEW JERSEY

Assignee: TIFFANY (NJ) LLC                 Entity Type: LIMITED LIABILITY COMPANY
                                           Citizenship: DELAWARE
          15 SYLVAN WAY

          PARSIPPANY, NEW JERSEY 07054

Correspondent: LAWRENCE E. APOLZON

               FROSS ZELNICK LEHRMAN & ZISSU, P.C.

               866 UNITED NATIONS PLAZA

               NEW YORK, NY 10017

Search Results as of: 03/19/2015 03:21 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | *eBUSINESS* | CONTACT US | PRIVACY STATEMENT |

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=76388031[3/19/2015 3:22:31 PM]

Int. Cls.: 14 and 21

Prior U.S. Cls.: 2, 13, 23, 27, 28, 29, 30, 33, 40 and 50

**Reg. No. 2,886,655**

## United States Patent and Trademark Office

Registered Sep. 21, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# ATLAS

TIFFANY (NJ) INC. (NEW JERSEY CORPORA-
TION)
15 SYLVAN WAY
PARSIPPANY, NJ 07054

FOR: JEWELRY; RINGS; BRACELETS; EARR-
INGS; NECKLACES; PENDANTS; TIE CLIPS;
CUFF-LINKS; AND PRECIOUS METAL MONEY
CLIPS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 5-19-1995; IN COMMERCE 5-19-1995.

FOR: CRYSTAL BOWLS; CRYSTAL CANDLE-
STICKS; CRYSTAL VASES; CRYSTAL ICE BUCK-
ETS; CRYSTAL BOXES; CRYSTAL TUMBLERS;

CRYSTAL BEVERAGE WARE; CRYSTAL HIGH-
BALL GLASSES; CRYSTAL PILSNER STEMWARE;
CRYSTAL WINE GLASSES; AND CRYSTAL CAR-
AFES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40
AND 50).

FIRST USE 8-0-1998; IN COMMERCE 8-0-1998.

OWNER OF U.S. REG. NO. 1,605,467.

SER. NO. 78-304,973, FILED 9-24-2003.

HOWARD SMIGA, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 19 03:21:04 EDT 2015*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | ATLAS |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: jewelry; rings; bracelets; earrings; necklaces; pendants; tie clips; cuff-links; and precious metal money clips. FIRST USE: 19950519. FIRST USE IN COMMERCE: 19950519 |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: crystal bowls; crystal candlesticks; crystal vases; crystal ice buckets; crystal boxes; [ crystal tumblers; ] crystal beverage ware; [ crystal high-ball glasses; crystal pilsner stemware; crystal wine glasses; ] and crystal carafes. FIRST USE: 19980800. FIRST USE IN COMMERCE: 19980800 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78304973 |
| **Filing Date** | September 24, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 29, 2004 |
| **Registration Number** | **2886655** |
| **Registration Date** | September 21, 2004 |
| **Owner** | (REGISTRANT) Tiffany (NJ) Inc. CORPORATION NEW JERSEY 15 Sylvan Way Parsippany NEW JERSEY 07054 |
| | (LAST LISTED OWNER) TIFFANY (NJ) LLC LIMITED LIABILITY COMPANY DELAWARE 15 SYLVAN WAY PARSIPPANY NEW JERSEY 07054 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lawrence E. Apolzon |
| **Prior Registrations** | 1605467 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

**Affidavit Text** SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140918.

**Renewal** 1ST RENEWAL 20140918

**Live/Dead Indicator** LIVE

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

---

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

## Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| Serial #: 78304973 | Filing Dt: 09/24/2003 | Reg #: 2886655 | Reg. Dt: 09/21/2004 |
| Registrant: Tiffany (NJ) Inc. | | | |
| Mark: ATLAS | | | |

### Assignment: 1

| | | |
|---|---|---|
| Reel/Frame: 3757/0871 | Recorded: 04/10/2008 | Pages: 5 |
| Conveyance: MERGER EFFECTIVE 02012008 | | |
| Assignor: TIFFANY (NJ) INC. | Exec Dt: 01/29/2008 | |
| | Entity Type: CORPORATION | |
| | Citizenship: NEW JERSEY | |
| Assignee: TIFFANY (NJ) LLC | Entity Type: CORPORATION | |
| 15 SYLVAN WAY | Citizenship: DELAWARE | |
| PARSIPPANY, NEW JERSEY 07054 | | |
| Correspondent: LAWRENCE E. APOLZON | | |
| FROSS ZELNICK LEHRMAN & ZISSU, P.C. | | |
| 866 UNITED NATIONS PLAZA | | |
| NEW YORK, NY 10017 | | |

### Assignment: 2

| | | |
|---|---|---|
| Reel/Frame: 3786/0665 | Recorded: 06/02/2008 | Pages: 9 |
| Conveyance: CORRECTIVE ASSIGNMENT TO CORRECT THE ENTITY TYPE OF THE ASSIGNEE ERRONEOUSLY IDENTIFIED AS A "DELAWARE CORPORATION" INSTEAD OF "DELAWARE LIMITED LIABILITY COMPANY" PREVIOUSLY RECORDED ON REEL 003757 FRAME 0871. ASSIGNOR(S) HEREBY CONFIRMS THE MERGER OF TIFFANY (NJ) INC., A NEW JERSEY CORPORATION, WITH AND INTO TIFFANY (NJ) LLC, A DELAWARE LIMITED LIABILITY COMPANY. | | |
| Assignor: TIFFANY (NJ) INC. | Exec Dt: 01/29/2008 | |
| | Entity Type: CORPORATION | |
| | Citizenship: NEW JERSEY | |
| Assignee: TIFFANY (NJ) LLC | Entity Type: LIMITED LIABILITY COMPANY | |
| 15 SYLVAN WAY | Citizenship: DELAWARE | |
| PARSIPPANY, NEW JERSEY 07054 | | |
| Correspondent: LAWRENCE E. APOLZON | | |
| FROSS ZELNICK LEHRMAN & ZISSU, P.C. | | |
| 866 UNITED NATIONS PLAZA | | |
| NEW YORK, NY 10017 | | |

Search Results as of: 03/19/2015 03:23 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | *eBUSINESS* | CONTACT US | PRIVACY STATEMENT |

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔬𝔣 𝔄𝔪𝔢𝔯𝔦𝔠𝔞

### 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔓𝔞𝔱𝔢𝔫𝔱 𝔞𝔫𝔡 𝔗𝔯𝔞𝔡𝔢𝔪𝔞𝔯𝔨 𝔒𝔣𝔣𝔦𝔠𝔢

# 1837

**Reg. No. 4,154,018**

**Registered June 5, 2012**

**Int. Cls.: 9, 14, 16, 18, 21, 26, 28 and 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

TIFFANY (NJ) LLC (DELAWARE LIMITED LIABILITY COMPANY)
15 SYLVAN WAY
PARSIPPANY, NJ 07054

FOR: SUNGLASSES; CELLULAR PHONE ACCESSORY CHARMS; COMPASSES; TAPE MEASURES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

FOR: JEWELRY; CUFFLINKS; KEY RINGS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-0-1996; IN COMMERCE 9-0-1996.

FOR: BOOKMARKS; PEN STANDS; CALENDARS; LETTER OPENERS OF PRECIOUS METAL; PAPERWEIGHTS; PENS; MONEY CLIPS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-0-1997; IN COMMERCE 2-0-1997.

FOR: BUSINESS CARD CASES; LUGGAGE TAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-2005; IN COMMERCE 10-0-2005.

FOR: HAIR COMBS; COCKTAIL SHAKERS; NAPKIN RINGS OF PRECIOUS METAL; PILL BOXES FOR PERSONAL USE; CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

FOR: COLLAR STAYS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

FOR: TOY WHISTLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 4,154,018**   FIRST USE 11-0-2006; IN COMMERCE 11-0-2006.

FOR: CIGAR CASES OF PRECIOUS METAL, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 4-0-1998; IN COMMERCE 4-0-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-444,796, FILED 10-11-2011.

ANDREW LEASER, EXAMINING ATTORNEY